**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

Ronald Roberts, *et al.*,

    Plaintiffs,

    v.                                  Case No. 1:21cv112

Adient US, LLC,                  Judge Michael R. Barrett

    Defendants.

## ORDER

Pursuant to notification by Matthew Bruce on behalf of all the parties on August 12, 2021 that this matter is settled;

It is **ORDERED** that this action is hereby **DISMISSED** with prejudice, provided that any of the parties may, upon good cause shown within forty-five (45) days, reopen the action.

The Court retains jurisdiction.

**IT IS SO ORDERED.**

                                                  *s/Michael R. Barrett*
                                                  Michael R. Barrett, Judge
                                                  United States District Court